UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRANDE COSMETICS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cv-06440 (RMD)(SEC) |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) |
| Defendants. | ) |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Grande Cosmetics, LLC ("Grande" or "Plaintiff") hereby moves for entry of an *ex parte* Temporary Restraining Order, including a (1) temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, (2) a temporary asset restraint, and (3) expedited discovery in an action arising out of 15 U.S.C. § 1114 and 15 U.S.C. § 1125(a). Grande is contemporaneously filing a Memorandum in Support of this Motion.

Dated: November 2, 2020     By:     /s/ Matthew T. Furton
Matthew T. Furton
David T. Van Der Laan
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0445
Fax: (312) 443-0336
mfurton@lockelord.com
dave.vanderlaan@lockelord.com

H. Straat Tenney (*pro hac vice* forthcoming)
LOCKE LORD LLP
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
straat.tenney@lockelord.com