**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GRANDE COSMETICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20-cv-06440 (RMD)(SEC) |
| v. | ) | |
| | ) | |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS**

Plaintiff Grande Cosmetics, LLC ("Grande") hereby moves, pursuant to Fed. R. Civ. P. 4(f)(3), for this Court's authorization to effect service of process by email and electronic publication in an action arising out of 15 U.S.C. §§1114, 1125(a). Plaintiff is contemporaneously filing a Memorandum in Support of this Motion.


Dated: November 2, 2020    By:    /s/ Matthew T. Furton
                                   Matthew T. Furton
                                   David T. Van Der Laan
                                   LOCKE LORD LLP
                                   111 South Wacker Drive
                                   Chicago, Illinois  60606
                                   Tel: (312) 443-0445
                                   Fax: (312) 443-0336
                                   mfurton@lockelord.com
                                   dave.vanderlaan@lockelord.com

                                   H. Straat Tenney (*pro hac vice* forthcoming)
                                   LOCKE LORD LLP
                                   200 Vesey Street, 20th Floor
                                   New York, New York 10281
                                   Tel: (212) 415-8600
                                   Fax: (212) 303-2754
                                   straat.tenney@lockelord.com