# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Grande Cosmetics, LLC

                                                          Plaintiff,

v.                                                                                             Case No.: 1:20−cv−06440

                                                                                           Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2020:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's ex parte Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, A Temporary Asset Restraint, and Expedited Discovery [11] is granted. Plaintiff's motion to seal documents ([9], [16], [15]) [17] is granted. Plaintiff's motion for Electronic Service of Process [18] is granted. Telephone Conference set for 11/20/2020 at 9:00 a.m. Call−in number is 877−336−1829, conference access code is 6963747. Notice of motion date of 11/6/2020 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.