# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GRANDE COSMETICS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-cv-06440 (RMD)(SEC) ) ) |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S *EX PARTE* MOTION TO
## EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiff Grande Cosmetics, LLC ("Grande" or "Plaintiff") seeks to extend the Temporary Restraining Order granted and entered by the Court on November 4, 2020 [DE 23], by a period of 14 days until December 2, 2020. Grande is contemporaneously filing a Memorandum in Support of this Motion.

Dated: November 12, 2020

By: /s/ Matthew T. Furton
Matthew T. Furton
David T. Van Der Laan
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0445
Fax: (312) 443-0336
mfurton@lockelord.com
dave.vanderlaan@lockelord.com

H. Straat Tenney (*pro hac vice*)
LOCKE LORD LLP
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
straat.tenney@lockelord.com