UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRANDE COSMETICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-cv-06440 (RMD)(SEC) |
| | ) | |
| v. | ) | |
| | ) | |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE*
MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and this Court's inherent power to effectuate its own orders, Plaintiff Grande Cosmetics, LLC ("Grande" of "Plaintiff") asks the Court to extend the Temporary Restraining Order granted by the Court on November 4, 2020 (the "TRO") [DE 23] for a period of 14 days until December 2, 2020.

On November 4, 2020, this Court granted Grande's Motion for the TRO against Defendants identified on Schedule A to the Amended Complaint. [DE 23]. Since receiving the TRO, Grande has been working diligently to ensure compliance with its terms by third parties. See Declaration of Matthew T. Furton (the "Furton Declaration") at ¶ 2. As of November 10, 2020, Grande has communicated the TRO to third party e-commerce and payment platforms. *Id*. at ¶ 3. Those third parties have not completed their respective responses to the TRO, but it is Grande's understanding that they are working diligently to comply. *Id*. Grande plans to freeze financial accounts identified by the third party platforms. *Id*.

1

A temporary restraining order entered without notice may be extended where a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Grande respectfully submits that there is good cause to extend the TRO because the third party platforms are working to comply with the TRO and there is a high probability that Defendants will continue to harm Grande without the TRO in place. Specifically, Defendants will likely attempt to move assets from their financial accounts to offshore bank accounts. As discussed in Grande's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order [DE 12], and as found by the Court in granting the Motion, this possibility of harm is significant. Accordingly, in the interests of justice, Grande submits that extension of the TRO is necessary. In light of the above, Grande respectfully asks that the Court extend the TRO for a period of 14 days until December 2, 2020.

| | | |
|---|---|---|
| Dated: November 12, 2020 | By: | /s/ Matthew T. Furton |
| | | Matthew T. Furton |
| | | David T. Van Der Laan |
| | | LOCKE LORD LLP |
| | | 111 South Wacker Drive |
| | | Chicago, Illinois 60606 |
| | | Tel: (312) 443-0445 |
| | | Fax: (312) 443-0336 |
| | | mfurton@lockelord.com |
| | | dave.vanderlaan@lockelord.com |
| | | |
| | | H. Straat Tenney (*pro hac vice*) |
| | | LOCKE LORD LLP |
| | | 200 Vesey Street, 20th Floor |
| | | New York, New York 10281 |
| | | Tel: (212) 415-8600 |
| | | Fax: (212) 303-2754 |
| | | straat.tenney@lockelord.com |

83956483v.1