# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Grande Cosmetics, LLC

                                            Plaintiff,

v.                                                                                   Case No.: 1:20−cv−06440

                                                                                    Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion to extend TRO [24] is granted to and including 12/2/2020. Notice of motion date of 11/20/2020 is stricken and no appearances are necessary on that date. This case is set for telephonic status hearing on 12/1/2020 at 9:30 a.m. Participants should use the Court's toll−free, call−in number 877−336−1829, passcode is 6963747. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.