**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GRANDE COSMETICS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 20-cv-06440 (RMD)(SEC) |
| v. ) | |
| ) | |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A", ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF GRANDE COSMETICS, LLC'S**
**MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff Grande Cosmetics, LLC ("Grande" or "Plaintiff") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered November 4, 2020. [DE 23, 28]. Grande is contemporaneously filing a Memorandum in Support of this Motion and a further Declaration of Matthew T. Furton.

90935112v.1

Dated: December 2, 2020        By:     /s/ Matthew T. Furton
                                                     Matthew T. Furton
                                                     David T. Van Der Laan
                                                     LOCKE LORD LLP
                                                     111 South Wacker Drive
                                                     Chicago, Illinois 60606
                                                     Tel: (312) 443-0445
                                                     Fax: (312) 443-0336
                                                     mfurton@lockelord.com
                                                     dave.vanderlaan@lockelord.com

                                                     H. Straat Tenney (*pro hac vice*)
                                                     LOCKE LORD LLP
                                                     200 Vesey Street, 20th Floor
                                                     New York, New York 10281
                                                     Tel: (212) 415-8600
                                                     Fax: (212) 303-2754
                                                     straat.tenney@lockelord.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December 2020, I will electronically file the forgoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses known to Grande and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

By: /s/ H. Straat Tenney
H. Straat Tenney