# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Grande Cosmetics, LLC

                       Plaintiff,

v.                                           Case No.: 1:20−cv−06440

                                              Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 4, 2020:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone status conference held. Defendants failed to appear. Plaintiff's motion for entry of a preliminary injunction [32] is granted. Signed order to follow. A further telephone conference is set for 1/26/2021at 9:00 a.m. Counsel may notice up a motion for default judgment for the same date and time. Participants should use the Court's toll−free call−in number 877−336−1829, passcode is 6963747. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.