



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 20-cv-06440 (RMD)(SEC)

2. **Case Title:** Grande Cosmetics, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

3. **Judge:** Hon. Robert M. Dow, Jr.

4. **Moving Party:** Grande Cosmetics, LLC

5. **Amount of Deposit:** $10,000.00

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**     Yes ☐   No ☑

   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

| | |
|---|---|
| Matthew T. Furton | December 9, 2020 |
| Attorney or Litigant | Date |

Rev. 0330017