UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRANDE COSMETICS, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No. 20-cv-06440 (RMD)(SEC) |
| v. | )<br>) |
| ADOFECT, LOVE GOD, RU2SWEET, TOMHUD0, PA.URL0, FORDS-48, MIC52786, CA_0LAD, OL.VE44, HLA097, RIGSB-81, SSHM-84, ZIONTRAIN002, EGGONIZE12, BARGINS4GOOD, PHAML-21, LILTUYOL85, BIGRADISHBABY32, GTNH27, CRV1955, AFPIN0, TRANHAI_35, HIMME1998, YITCHISDEALS, IMINCE, NETWORK08, U-MP STORE, EMAKEUP STORE, WO-MEN LIFE STORE, UEE STORE, and SEE U STORE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STATUS REPORT**

Plaintiff Grande Cosmetics, LLC, though its undersigned counsel, submits this status report in advance of the January 26, 2021 at 9:00 a.m. status conference with the Court. [DE 37]. Since the last hearing with the Court on December 4, 2020, Plaintiff has been contacted by some of the defendants and is working out the details of settlement with those parties. Plaintiff expects to be able to resolve the case as to those defendants by February 2, 2021. Plaintiff also expects to move for default judgment against the remaining defendants by January 26, 2021. Plaintiff is apprising the Court of the status of this matter in the event that the Court prefers to adjourn the January 26 hearing until Plaintiff has a clearer picture of the status of the case with regard to the responding defendants.

1

Dated: January 22, 2021     By:     /s/ Matthew T. Furton
Matthew T. Furton
David T. Van Der Laan
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0445
Fax: (312) 443-0336
mfurton@lockelord.com
dave.vanderlaan@lockelord.com

H. Straat Tenney (*pro hac vice*)
LOCKE LORD LLP
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
straat.tenney@lockelord.com