# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Grande Cosmetics, LLC

                                                   Plaintiff,

v.                                                                                  Case No.: 1:20−cv−06440

                                                                                 Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 23, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the status report [40] filed on 1/22/2021 and advising that Plaintiff expects to be able to resolve the case as to certain defendants by 2/2/2021 and to move for default judgment as to the remaining Defendants, the status hearing date of 1/26/2021 is stricken and reset for 2/15/2021 at 9:00 a.m. Plaintiff should file the motion for default judgment on later than 2/8/2021 and notice it for presentment on 2/15/2021 at 9:00 a.m. The Court thanks Plaintiff for providing the status report, which will facilitate an orderly disposition of the case. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.