UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRANDE COSMETICS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PARTNERSHIPS and ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED ON SCHEDULE "A", ) <br> ) <br> Defendants. ) | Case No. 20-cv-06440 (RMD)(SEC) |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Grande Cosmetics LLC ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Name** | **Schedule "A" No. [DE 9-1]** |
|---|---|
| Adofect Store | 1 |
| Ru2sweet Store | 3 |

91277345v.2

                                      Respectfully submitted,

Dated: February 8, 2021           By:    /s/ Matthew T. Furton
                                                      Matthew T. Furton
                                                      David T. Van Der Laan
                                                      LOCKE LORD LLP
                                                      111 South Wacker Drive
                                                      Chicago, Illinois 60606
                                                      Tel: (312) 443-0445
                                                      Fax: (312) 443-0336
                                                      mfurton@lockelord.com
                                                      dave.vanderlaan@lockelord.com

                                                      H. Straat Tenney (*pro hac vice*)
                                                      LOCKE LORD LLP
                                                      200 Vesey Street, 20th Floor
                                                      New York, New York 10281
                                                      Tel: (212) 415-8600
                                                      Fax: (212) 303-2754
                                                      straat.tenney@lockelord.com

                                                      *Counsel for Plaintiff Grande Cosmetics, LLC*

91277345v.2