UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRANDE COSMETICS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-cv-06440 (RMD)(SEC) ) ) |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) ) ) ) |
| Defendants. | ) ) |

## **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Grande Cosmetics, LLC ("Grande"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants. In support of this motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of H. Straat Tenney.

Dated: February 8, 2021         By:     /s/ Matthew T. Furton
                                        Matthew T. Furton
                                        David T. Van Der Laan
                                        LOCKE LORD LLP
                                        111 South Wacker Drive
                                        Chicago, Illinois  60606
                                        Tel: (312) 443-0445
                                        Fax: (312) 443-0336
                                        mfurton@lockelord.com
                                        dave.vanderlaan@lockelord.com

                                        H. Straat Tenney (*pro hac vice*)
                                        LOCKE LORD LLP
                                        200 Vesey Street, 20th Floor
                                        New York, New York 10281
                                        Tel: (212) 415-8600
                                        Fax: (212) 303-2754
                                        straat.tenney@lockelord.com

                                        *Counsel for Plaintiff Grande Cosmetics, LLC*

91276894v.2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2021, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system. I will electronically publish the document on a website and I will send an e-mail that includes a link to said website to the e-mail addresses known to Grande and any e-mail addresses provided for Defendants by third parties.

By: /s/ Matthew T. Furton
Matthew T. Furton
David T. Van Der Laan
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0445
Fax: (312) 443-0336
mfurton@lockelord.com
dave.vanderlaan@lockelord.com

H. Straat Tenney (*pro hac vice*)
LOCKE LORD LLP
200 Vesey Street, 20th Floor
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754
straat.tenney@lockelord.com
*Counsel for Plaintiff Grande Cosmetics, LLC*

91276894v.2