UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Grande Cosmetics, LLC

                                  Plaintiff,

v.                                                                                      Case No.: 1:20−cv−06440

                                                                                        Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 17, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held by telephone. Defendants failed to appear. Motion by Plaintiff Grande Cosmetics, LLC for default judgment as to all Defendants [44] is granted. Counsel to submit a proposed order in Word format. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.