UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRANDE COSMETICS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-cv-06440 (RMD)(SEC) ) |
| LOVE GOD, et al., | ) ) |
| Defendants. | ) ) ) |

# FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Grande Cosmetics, LLC's ("Grande") against fully interactive, e-commerce stores operating under seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases");

Grande having moved for entry of Default and Default Judgment against the defendants listed on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Grande, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Grande having properly completed service of process on Defaulting Defendants through the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors or online retailers, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of this action and affording them the opportunity to answer and present their objections;

Defaulting Defendants having failed to answer the Complaint, the First Amended Complaint, or otherwise plead, and the time for answering the Complaint having expired; and

1

Grande having properly completed service of process on Defaulting Defendants of the Motion for Default Judgment in the same manner as authorized by the Court, and Defaulting Defendants having failed to respond to Grande's Motion for Default and Default Judgment;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are (i) reaching out to do business with Illinois residents by setting up and operating one or more commercial, interactive internet stores through which Illinois residents can purchase spurious products, (ii) offering shipping throughout the United States, including Illinois, (iii) accepting payment in U.S. dollars, and (iv) having sold products bearing counterfeit versions of the Grande Trademarks[1] to consumers in the United States, including Illinois (which are listed in the chart below).

| Reg. No. | Trademark | Goods |
|---|---|---|
| 5185017 | GRANDE COSMETICS | Cosmetics. |
| 5264467 | GRANDELASH | Cosmetic preparations; Cosmetic preparations for eyelashes. |
| 6058356 | GRANDELASH-MD | Cosmetic preparations; Cosmetic preparations for eyelashes; Non-medicated serums for use on eyelashes. |
| 5679199 | [G logo] | Cosmetic preparations; Cosmetic preparations for eyelashes; Cosmetics; Eyebrow cosmetics. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (14 U.S.C. § 1125(a)).

---

[1] Capitalized terms not defined in this order have the same meaning ascribed to them in Grande's Amended Complaint. [DE 9].

IT IS HEREBY ORDERED that Grande's Motion for Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Grande Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Grande product or not authorized by Grande to be sold in connection with the Grande Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Grande product, that is not Grande's or not produced under Grande's authorization, control, or supervision and approved by Grande for sale under the Grande Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' Counterfeit Grande Products are those sold under Grande's authorization, control, or supervision of Grande, or are sponsored by, approved by, or otherwise connected with Grande;

    d. further infringing the Grande Trademarks and damaging Grande's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

        products or inventory not manufactured by or for Grande, nor authorized by Grande to be sold or offered for sale, and which bear any trademark owned by Grande, including the Grande Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Upon Grande's request, any third party with actual notice of this Order who is providing services for any of Defaulting Defendants, or in connection with any websites operating by Defaulting Defendants, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), Mercari, Inc. ("Mercari"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), PayPal, Inc. ("PayPal"), web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third-party processors and other payment processing service providers, and internet search engines such as Google, Yahoo, and Bing (collectively, "Third-Party Providers"), shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of unauthorized goods using the Grande Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Grande is awarded statutory damages from each of Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Grande Trademarks on products sold through at least Defaulting Defendants' online marketplaces. The five hundred thousand dollars ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the First Amended Complaint and Schedule A attached hereto.

4. Grande may serve this Order on Third Party Providers, including eBay, Mercari, AliExpress, Alipay, Alibaba, and PayPal, by e-mail delivery to e-mail addresses Grande used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including eBay, Mercari, AliExpress, Alipay, Alibaba, and PayPal, shall within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases and online marketplaces from transferring or disposing of any funds, up to the above-identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above-identified statutory damages award, currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as eBay, Mercari, AliExpress, Alipay, Alibaba, and PayPal, are hereby released to Grande as partial payment of the above-identified damages, and Third Party Providers, including eBay, Mercari, AliExpress, Alipay, Alibaba, and PayPal, are ordered to release to Grande the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Grande has recovered full payment of monies owed to it by any Defaulting Defendants, Grande shall have the ongoing authority to serve this Order on Third Party Providers, including eBay, Mercari, AliExpress, Alipay, Alibaba, and PayPal, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including eBay, Mercari, AliExpress, Alipay, Alibaba, and PayPal, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and online marketplaces, including, without limitation, any financial accounts connected to the information listed in Schedule A hereto, and the e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above-identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Grande as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Grande identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Grande may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses known to Grande and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Grande is hereby released to Grande or its counsel, Locke Lord LLP. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Grande or its counsel.

This is a Final Judgment.

DATED: February 17, 2021

                                                                           _____
Hon. Robert M. Dow, Jr.
United States District Judge

91340813v.1

*Grande Cosmetics, LLC v. love GOD, et al.*, Case No. 20-cv-06440

## Schedule A

| No. | Defendant Seller Alias |
|---|---|
| 1 | [Dismissed] |
| 2 | love GOD |
| 3 | [Dismissed] |
| 4 | tomhud0 |
| 5 | pa.url0 |
| 6 | fords-48 |
| 7 | mic52786 |
| 8 | ca_0lad |
| 9 | ol.ve44 |
| 10 | [Dismissed] |
| 11 | rigsb-81 |
| 12 | sshm-84 |
| 13 | ziontrain002 |
| 14 | eggonize12 |
| 15 | bargins4good |
| 16 | phaml-21 |
| 17 | liltuyol85 |
| 18 | bigradishbaby32 |
| 19 | gtnh27 |
| 20 | crv1955 |
| 21 | afpin0 |
| 22 | tranhai_35 |
| 23 | himme1988 |
| 24 | yitchisdeals |
| 25 | imince |
| 26 | network08 |
| 27 | U-MP Store |
| 28 | Emakeup Store |
| 29 | Wo-Men Life Store |
| 30 | UEE Store |
| 31 | See U Store |

91340813v.1